UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 313-31910-rld13
BECKIE L BERGERON )
 ) Confirmation Hearing Date: May 23, 2013
 )
 ) TRUSTEE'S OBJECTION TO
 ) CONFIRMATION; AND
Debtor(s) ) MOTION(S) THEREON

THE TRUSTEE:

1. Objects to confirmation for the reason(s) marked below:

   _____a.  Attorney fees sought are excessive:

   _____b.  Case not filed in good faith/Plan not proposed in good faith:

   **X**\_\_\_\_c.  Plan is not feasible: **the Plan will require approximately 69 months to completely pay the total estimated priority amount of $5,491 including the proof of claim filed by the Internal Revenue Service priority in the amount of $1,296 (**unassessed**).**

   _____d.  Plan does not commit all of the debtor's excess projected disposable income pursuant to §1325(b)(1)(B) for the applicable commitment period:

   _____e.  Plan does not meet best interest test:

   **X**\_\_\_\_f.  Filing/ documentation deficient: **as requested at the §341(a) hearing, please provide the Trustee with an Amended Schedule B to include reflect the balance in the Debtor's OnPoint Credit Union account on the dated of filing.**

   **X**\_\_\_\_g.  Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**
   1. **¶4 strike "NONE" and insert "Citimortgage" plus a description of the collateral; and**
   2. **¶12 strike and replace with the Trustee's standard pending loan modification language (**see standard language #25**).**

2. If, not less than 10 days prior to the confirmation hearing, the debtor fails to take all necessary steps to satisfy each objection marked above (e.g., file an amended plan using LBF #1355.05, file all documentation noted in 1.f., etc.), the trustee must promptly file this document. If this document is filed, the trustee moves the court for an order per the section(s) marked below:

   _____a.  Move that the debtor's attorney's fee request be modified as follows:
   and/or
   \_\_\_**X**\_\_b.  (If any section other than 1.a. is marked above) move that the case be dismissed without further notice.

3. Certifies a copy of this document was served on the debtor and debtor's attorney, if any, by hand at the first meeting of creditors on \_\_\_\_**N/A**\_\_\_\_\_, or by mail on **May 1, 2013**.

DATED: May 1, 2013

                                                     /s/ Wayne Godare
                                                              Trustee

CAL A KNICKERBOCKER

1350.70  (06/24/97)(mm)